

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2015

No. 04-15-00507-CV

**ESTATE OF SHIRLEY L. BENSON**, Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 155,572 & 155,572-A
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion to Dismiss Appeal as to Arthur H. Bayern and Langley & Banack, Inc. is GRANTED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court